# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 18-2312-JFW(JEMx)**                                    Date:  December 11, 2018

Title:   Parent on Behalf of Student -v- Garvey School District, et al.

---

**PRESENT:**
    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                                                 None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

   Pursuant to the Court's Order filed on April 17, 2018, Parent on Behalf of Student (the "Parent") was required to file her Opening Trial Brief and her Proposed Findings of Fact and Conclusions of Law on or before December 4, 2018. As of December 10, 2018, the Parent has failed to file her Opening Trial Brief or her Proposed Findings of Fact and Conclusions of Law. Accordingly, the Parent is ordered to show cause, in writing, no later than **December 17, 2018**, why this action should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

   IT IS SO ORDERED.