JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARENT ON BEHALF OF STUDENT, | ) CASE NO. 2:18-cv-02312-JFW-JEM |
| Plaintiff, | ) **JUDGMENT** Judge: Honorable |
| v. | ) John F. Walter |
| GARVEY SCHOOL DISTRICT, | ) |
| Defendant. | ) |

WHEREAS, on November 20, 2017, the Administrative Law Judge issued a Decision in partial favor of Defendant Garvey School District and partially against Plaintiff Parent, acting on behalf of herself and Student, and

WHEREAS, Parent, on behalf of herself and Student, appealed those parts of the Administrative Law Judge's Decision that found against her to this Court, and

WHEREAS, the Court Trial was conducted on July 2, 2019, and

*Parent v. Garvey Sch. Dist.*     1     Judgment
Case No. CV 18-2312-JFW (JEMx)

WHEREAS, the Court has further considered each of the parties' proposed Findings of Fact and Conclusions of Law, Defendant's Motion for Summary Judgment, its accompanying Memorandum of Points and Authorities, and Plaintiff's Opposition to it, and further considered party Declarations, other pleadings, and the underlying administrative record,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED that judgement is entered in this action, as follows:

The Court affirms the Administrative Law Judge's November 20, 2017 Decision on all issues before it.

The Clerk is ordered to enter this judgment.

Dated: August 29, 2019          By: *[signature]*

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE